An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

FREDRIK RAYMOND OSIPO,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 64790

**FILED**

JUN 1 2 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

*ORDER OF AFFIRMANCE*

This is a proper person appeal from an order of the district court denying a motion to modify or correct an illegal sentence.[1] Eighth Judicial District Court, Clark County; Michelle Leavitt, Judge.

In his motion filed on November 22, 2013, appellant claimed that his sentence was illegal and should be modified because he was not convicted of a sexual offense, his sentence was illegally modified to include lifetime supervision, and he is actually innocent. Appellant's claims fell outside the narrow scope of claims permissible in a motion to modify or correct an illegal sentence. *See Edwards v. State*, 112 Nev. 704, 708, 918 P.2d 321, 324 (1996). Therefore, without considering the merits of any of

---

[1]This appeal has been submitted for decision without oral argument, NRAP 34(f)(3), and we conclude that the record is sufficient for our review and briefing is unwarranted. *See Luckett v. Warden*, 91 Nev. 681, 682, 541 P.2d 910, 911 (1975).

14-19227

the claims raised in the motion, we conclude that the district court did not err in denying the motion. Accordingly, we

ORDER the judgment of the district court AFFIRMED.

_____, J.
Pickering

_____, J.
Parraguirre

_____, J.
Saitta

cc:    Hon. Michelle Leavitt, District Judge
       Fredrik Raymond Osipo
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk